1  Thomas P. Riley, SBN 194706
   LAW OFFICES OF THOMAS P. RILEY, P.C.
2  First Library Square
   1114 Fremont Avenue
3  South Pasadena, CA 91030-3227

4  Tel:  626-799-9797
   Fax: 626-799-9795
5  TPRLAW@att.net

6  Attorneys for Plaintiff
   KINGVISION PAY-PER-VIEW, LTD.
7

8              UNITED STATES DISTRICT COURT
                        FOR THE
9            NORTHERN DISTRICT OF CALIFORNIA

10

11  KINGVISION PAY-PER-VIEW, LTD.          CASE NO. CV 09-00219 MMC
12
                                           STIPULATION TO CONTINUE
13          PLAINTIFF,                      SETTLEMENT CONFERENCE
                                           AND ORDER (Proposed)
14  VS.

15

16  HECTOR ANTONIO ORELLANA, ET AL.

17
            DEFENDANTS.
18

19

20  TO THIS HONORABLE COURT:

21      By and through their counsel, Plaintiff KingVision Pay-Per-View, Ltd., and

22  Defendants Hector Antonio Orellana, Oscar A. Orellana, and 1 Production SF, LLC.

23  hereby agree, stipulate, and respectfully request that this Honorable Court continue

24  the Settlement Conference in the above entitled action from November 5, 2009 to

25  February 11, 2010 at 9:30 A.M.  This brief extension of time is mutually requested

26  for the following reasons.

27  ///

28

STIPULATION TO CONTINUE SETTLEMENT CONFERENCE
AND ORDER (Proposed)
CASE NO. CV 09-00219 MMC
PAGE 1

1.  Plaintiff's counsel and defense counsel have been working together, and actively discussing resolving this lawsuit short of trial.

2.  Plaintiff's counsel and Plaintiff's Authorized representative are presently unavailable on November 5, 2009.

///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///

**STIPULATION TO CONTINUE SETTLEMENT CONFERENCE**
**AND ORDER (Proposed)**
**CASE NO. CV 09-00219 MMC**
**PAGE 2**

**WHEREFORE,** IT IS HEREBY STIPULATED BY AND RESPECTFULLY REQUESTED BY THE PARTIES that this Honorable Court extend the Settlement Conference to February 11, 2010 at 9:30 A.M.  .

Respectfully submitted,

Dated: October 26, 2009      */s/ Thomas P. Riley*
                         **LAW OFFICES OF THOMAS P. RILEY, P.C.**
                         By: Thomas P. Riley
                         Attorneys for Plaintiff
                         KingVision Pay-Per-View, Ltd.

Dated:  October 2̲6̲, 2009

                         **TINGLEY, PIONTKOWSKI, LLP**
                         By: Bruce C. Piontkowski
                         Attorneys for Defendants
                         Hector Antonio Orellana, Oscar A. Orellana
                         and 1 Production SF, LLC

///
///
///
///
///
///
///
///

## ORDER (~~Proposed~~)

**IT IS HEREBY** ordered that the Settlement Conference in the above-entitled action is hereby extended from November 5, 2009 to February 11, 2010 at 9:30 A.M.

Plaintiff shall serve a copy of this Order on all defendants and thereafter file a Certification of Service of this Order with the Clerk of the Court.

On or before February 1, 2010, the parties shall submit Confidential Settlement Conference Statements directly to the Magistrate Judge which shall not be efiled with the Clerk of Court or served upon parties.

**IT IS SO ORDERED:**



Dated: __October 27, 2009_____

Honor_____te
United s_____
Norther_____California

///
///
///
///
///
///
///
///

**STIPULATION TO CONTINUE SETTLEMENT CONFERENCE
AND ORDER (~~Proposed~~)
CASE NO. CV 09-00219 MMC
PAGE 4**

## PROOF OF SERVICE (SERVICE BY MAIL)

I declare that:

I am employed in the County of Los Angeles, California. I am over the age of eighteen years and not a party to the within cause; my business address is First Library Square, 1114 Fremont Avenue, South Pasadena, California 91030-3227. I am readily familiar with this law firm's practice for collection and processing of correspondence/documents for mail in the ordinary course of business.

On October 26, 2009, I served:

**STIPULATION TO CONTINUE SETTLEMENT CONFERENCE; AND ORDER (Proposed)**

On all parties in said cause by transmitting a true copy thereof by Mail and by enclosing a true copy thereof in a sealed envelope with postage prepaid and following ordinary business practices, said envelope was duly mailed and addressed to:

Mr. Bruce C. Piontkowski, Esquire
Tingley Piontkowski, LLP
10 Almaden Blvd., Suite 430
San Jose, CA 95113

I declare under the penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct and that this declaration was executed on October 26, 2009, at South Pasadena, California.

Dated: October 26, 2009          */s/ Maria Baird*
                                  MARIA BAIRD

STIPULATION TO CONTINUE SETTLEMENT CONFERENCE
AND ORDER (Proposed)
CASE NO. CV 09-00219 MMC
PAGE 5