1  Thomas P. Riley, SBN 194706
   LAW OFFICES OF THOMAS P. RILEY, P.C.
2  First Library Square
   1114 Fremont Avenue
3  South Pasadena, CA 91030-3227

4  Tel: 626-799-9797
   Fax: 626-799-9795
5  TPRLAW@att.net

6  Attorneys for Plaintiff
   KINGVISION PAY-PER-VIEW, LTD.
7

8                UNITED STATES DISTRICT COURT
                           FOR THE
9              NORTHERN DISTRICT OF CALIFORNIA

10

11
     KINGVISION PAY-PER-VIEW, LTD.        CASE NO. CV 09-00219 MMC
12
                PLAINTIFF,                STIPULATION TO CONTINUE
13                                        DISCOVERY DEADLINE AND
         VS.                              ORDER ~~(Proposed)~~
14

15
     HECTOR ANTONIO ORELLANA, ET AL.
16

17              DEFENDANTS.
18

19
              TO THIS HONORABLE COURT:
20
              By and through their counsel, Plaintiff KingVision Pay-Per-View, Ltd., and
21
     Defendants Hector Antonio Orellana, Oscar A. Orellana, and 1 Production SF, LLC.
22
     hereby agree, stipulate, and respectfully request that this Honorable Court continue
23
     the Discovery Deadline in the above entitled action presently set for December 25,
24
     2009 to January 31, 2010. This brief extension of time is mutually requested by the
25
     Parties for the following reasons:
26
     ///
27

28

1. Plaintiff's counsel and defense counsel have been working together, and actively discussing resolving this lawsuit short of trial.

2. Defense counsel has noticed a deposition for December 16, 2009 that presents a calendaring conflict for Plaintiff's counsel (whom has been ordered to appear personally at a mandatory Early Neutral Evaluation Conference that very same date).

3. Plaintiff counsel and defense counsel are working together to reschedule the deposition for a mutually convenient date after the holidays in January 2010.

**WHEREFORE**, IT IS HEREBY STIPULATED BY AND RESPECTFULLY REQUESTED BY THE PARTIES that this Honorable Court extend the discovery deadline to January 31, 2010.

Respectfully submitted,

Dated: December 4, 2009    /s/ Thomas P. Riley
**LAW OFFICES OF THOMAS P. RILEY, P.C.**
By: Thomas P. Riley
Attorneys for Plaintiff
KingVision Pay-Per-View, Ltd.

Dated: December 7, 2009
**TINGLEY, PIONTKOWSKI, LLP**
By: Bruce C. Piontkowski
Attorneys for Defendants
Hector Antonio Orellana, Oscar A. Orellana
and 1 Production SF, LLC

STIPULATION TO CONTINUE DISCOVERY CUTOFF
AND ORDER (Proposed)
CASE NO. CV 09-00219 MMC
PAGE 2

<u>ORDER</u> (Proposed)

IT IS HEREBY ordered that the fact discovery deadline in the above-entitled action is hereby extended from December 25, 2009 to January 31, 2010.

Plaintiff shall serve a copy of this Order on all defendants and thereafter file a Certification of Service of this Order with the Clerk of the Court.

All other discovery deadlines and pretrial and trial dates remain as originally scheduled.

IT IS SO ORDERED:

_[signature: Maxine M. Chesney]_    Dated: December 9, 2009

Honorable Maxine M. Chesney
United States District Court
Northern District of California

///
///
///
///
///
///
///
///
///

STIPULATION TO CONTINUE DISCOVERY CUTOFF
AND ORDER (Proposed)
CASE NO. CV 09-00219 MMC
PAGE 3