IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

KINGVISION PAY-PER-VIEW, LTD.,

    Plaintiff,

  v.

HECTOR ANTONIO ORELLANA, et al.,

    Defendants

No. C-09-0219 MMC

**ORDER RE: STIPULATION REGARDING EXPERT DISCOVERY DEADLINE; EXTENDING DEADLINES TO DESIGNATE EXPERTS AND TO COMPLETE EXPERT DISCOVERY**

Before the Court is the parties' Stipulation Regarding Expert Discovery Deadline, filed December 30, 2009, by which the parties seek a two-month extension of the deadline to designate experts.

Having read and considered the stipulation, the Court finds good cause exists to extend the subject deadline, although not to the extent sought by the parties.

Accordingly, the Court hereby extends the deadline to designate experts from January 15, 2010 to February 22, 2010, and extends the deadline to complete expert discovery from February 19, 2010 to March 15, 2010.[1]

All further deadlines and dates, including the trial date, remain as scheduled.

**IT IS SO ORDERED.**

Dated: December 31, 2009

MAXINE M. CHESNEY
United States District Judge

---

[1] Although the parties do not request an extension of the deadline to complete expert discovery, such an extension is necessary in light of the extension of the deadline to designate experts.