IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

KINGVISION PAY-PER-VIEW, LTD.,        No. C-09-0219 MMC

        Plaintiff

   v.                             **ORDER DENYING STIPULATION REGARDING DISCOVERY DEADLINE**

HECTOR ANTONIO ORELLANA, et al.,

        Defendants
_____/

       Before the Court is the parties' Stipulation Regarding Discovery Deadline, filed January 21, 2010, by which the parties request that the non-expert discovery cutoff be continued from January 31, 2010 to March 1, 2010.[1]

       In support thereof, the parties state, with no elaboration, that such continuance is necessary because of "third-party underlying fact discovery, which must be completed" and "settlement negotiations." (See Stipulation at 1:26-27.) Moreover, the parties fail to address the effect of their proposed extension on the remaining pretrial dates, such as the February 22, 2010 deadline to disclose experts and the March 5, 2010 deadline to file dispositive motions, and on the June 7, 2010 trial date.

       Accordingly, the Stipulation is hereby DENIED without prejudice.

       **IT IS SO ORDERED.**

Dated: January 21, 2010

                                           MAXINE M. CHESNEY
                                           United States District Judge

---

[1] Although the Stipulation refers to the existing cutoff as January 29, 2010, the cutoff was previously extended, at the parties' request, to January 31, 2010. (See Order, filed December 9, 2009.)