1
2
3
4
5
6
7
8          IN THE UNITED STATES DISTRICT COURT
9          FOR THE NORTHERN DISTRICT OF CALIFORNIA
10
11   KINGVISION PAY-PER-VIEW, LTD.,              No. C-09-0219 MMC
12              Plaintiff
                                                **ORDER DENYING IN PART AND**
13       v.                                     **REFERRING IN PART TO MAGISTRATE**
                                                **JUDGE LAPORTE STIPULATION TO**
14   HECTOR ANTONIO ORELLANA, et al.,           **CONTINUE SETTLEMENT**
                                                **CONFERENCE AND VARIOUS**
15              Defendants                      **DEADLINES**
16   _____/
17
18          Before the Court is the parties' Stipulation to Continue Settlement Conference and
19   Various Deadlines, filed February 8, 2010.  Having read and considered the stipulation, the
     Court rules as follows:
20
21          1.  To the extent the parties seek an order continuing the settlement conference
22   from February 11, 2010 to March 4, 2010, the stipulation is hereby REFERRED to
     Magistrate Judge Elizabeth D. Laporte.
23
24          2.  To the extent the parties seek an order continuing the non-expert discovery
     deadline from January 31, 2010[1] to April 1, 2010, the stipulation is hereby DENIED for the
25
26
27   _____
28          [1]Although the stipulation refers to the existing deadline as December 25, 2009, the
     deadline was extended, at the parties' request, to January 31, 2010.  (See Order, filed
     December 9, 2009.)

reason that the parties have failed to show good cause exists for such an extension.[2]

3. To the extent the parties seek an order continuing the deadlines to designate experts, to complete expert discovery, and to file dispositive motions, the stipulation is hereby DENIED, for the reason that the parties fail to address the effect of those proposed extensions on the remaining pretrial dates, specifically, the May 25, 2010 Pretrial Conference and the June 7, 2010 trial date. For example, if the Court were to extend the deadline to file dispositive motions to May 10, 2010, as the parties request, the hearing on any such motions would be conducted, under the Local Rules of this District, on June 18, 2010, which date is after the first date of the trial.

4. To the extent the parties seek an order continuing the Status Conference from March 5, 2010 to May 7, 2010, a date only eighteen days before the Pretrial Conference, the stipulation is hereby DENIED.

**IT IS SO ORDERED.**

Dated: February 10, 2010

MAXINE M. CHESNEY
United States District Judge

---

[2]The sole reason offered by the parties in support of the request is that the parties engaged in settlement discussions during the first week of February 2010. The parties fail to explain why discussions occurring after the deadline to complete non-expert discovery serve to excuse any prior failure to complete non-expert discovery.