IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

KINGVISION PAY-PER-VIEW, LTD.,

    Plaintiff,

  v.

HECTOR ANTONIO ORELLANA, et al.,

    Defendants
_____/

No. C-09-0219 MMC

**ORDER DIRECTING PARTIES TO SUBMIT COPY OF SETTLEMENT AGREEMENT; VACATING MARCH 5, 2010 STATUS CONFERENCE**

    Before the Court is the parties' Stipulation of Dismissal, filed February 26, 2010, by which the parties stipulate that the above-titled action be dismissed and that the parties will be subject to the Court's jurisdiction to enforce a settlement agreement the parties have reached. The parties, however, have failed to submit a copy of their settlement agreement.

    Accordingly, the parties are hereby DIRECTED to submit, no later than March 8, 2010, a copy of their settlement agreement.

    Further, in light of the parties' settlement, the March 5, 2010 Further Status Conference is hereby VACATED.

    **IT IS SO ORDERED.**

Dated: March 1, 2010

_____
MAXINE M. CHESNEY
United States District Judge