Thomas P. Riley, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030-3227

Tel: 626-799-9797
Fax: 626-799-9795
TPRLAW@att.net

Attorneys for Plaintiff
KingVision Pay-Per-View, Ltd.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| KingVision Pay-Per-View, Ltd., | CASE NO. CV 09-0219 MMC |
|---|---|
| Plaintiff, | ORDER APPROVING STIPULATION OF DISMISSAL OF PLAINTIFF'S COMPLAINT AGAINST DEFENDANTS HECTOR ANTONIO ORELLANA and OSCAR A. ORELLANA, individually and d/b/a ROCCAPULCO, AND 1 PRODUCTION SF, LLC, an unknown business entity d/b/a ROCCAPULCO |
| vs. | |
| Hector Antonio Orellana, et al., | |
| Defendants. | |

**IT IS HEREBY STIPULATED** by and between Plaintiff KINGVISION PAY-PER-VIEW, LTD. and Defendants HECTOR ANTONIO ORELLANA and OSCAR A. ORELLANA, individually and d/b/a ROCCAPULCO, and 1 PRODUCTION SF, LLC, an unknown business entity d/b/a ROCCAPULCO that the above-entitled action is hereby dismissed **with prejudice** against HECTOR ANTONIO ORELLANA and OSCAR A. ORELLANA, individually and d/b/a ROCCAPULCO, and 1 PRODUCTION SF, LLC, an unknown business entity d/b/a ROCCAPULCO.

///

///

This dismissal is made pursuant to Federal Rules of Civil Procedure 41(a)(1). Each Party referenced-above shall bear its own attorneys' fees and costs.

Dated: March 30, 2010

s/ Thomas P. Riley
**LAW OFFICES OF THOMAS P. RILEY, P.C.**
By: Thomas P. Riley
Attorneys for Plaintiff
KINGVISION PAY-PER-VIEW, LTD.

Dated: March 30, 2010

**TINGLEY PIONTKOWSKI, LLP**
By: Bruce Piontkowski
Attorneys for Defendants
HECTOR ANTONIO ORELLANA and
OSCAR A. ORELLANA, individually and d/b/a
ROCCAPULCO, and 1 PRODUCTION SF, LLC,
an unknown business entity d/b/a ROCCAPULCO

**IT IS SO ORDERED:**

Dated: March 31, 2010

The Honorable Maxine M. Chesney
United States District Court
Northern District of California

STIPULATION OF DISMISSAL
CV 09-0219 MMC
PAGE 2